**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cr. No. <u>1:18-CR-10016-STA</u> |
| v. | ) | |
| | ) | |
| RONDA HOPKINS RICHARDS, | ) | |
| | ) | |
| Defendant. | ) | |

___

# ORDER AND NOTICE OF RESETTING
___

The United States has moved this Court to grant a motion for continuance of the sentencing hearing set in the above-referenced matter, which is scheduled for Monday, May 29th, 2018, at 2:00 p.m.

Wherefore, for good cause, the motion is granted and the sentencing hearing is continued to **Monday, July 2, 2018 at 9:00 A.M.**

IT IS SO ORDERED this 1st day of May, 2018.

                                       s/S. Thomas Anderson
                                       S. THOMAS ANDERSON
                                       CHIEF UNITED STATES DISTRICT COURT JUDGE