**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:18-cr-10016-STA |
| ) | |
| RONDA HOPKINS RICHARDS, ) | |
| ) | |
| Defendant ) | |

**ORDER RESETTING MOTION TO REVOKE HEARING (DE #21)
AND NOTICE OF RESETTING**

The Motion to Revoke Hearing in this matter is currently set for Tuesday, June 19, 2018 before Chief Judge S. Thomas Anderson. The Motion to Revoke Hearing in the above styled matter is hereby RESET to **Monday, June 18, 2018, at 11:30 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 15th day of June, 2018.

s/ S. Thomas Anderson
Chief United States District Judge