UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                  No. 1:18-cr-10016-STA

RONDA HOPKINS RICHARDS,
    Defendant.

---

## ORDER GRANTING CONTINUANCE OF SENTENCING HEARING

The Defendant, Ronda Richards, has moved this Court to grant a renewed motion for continuance of the sentencing hearing set in the above-referenced matter, which is currently scheduled for Monday, July 2, 2018 at 2:00 p.m.

Defendant's attorney has conferred with the District Court Clerk's Office and Assistant United States Attorney, Victor L. Ivy, and it does appear August 3, 2018 at 9:00 is a possible reset date.

WHEREFORE, upon good cause, the motion is GRANTED and the sentencing hearing is continued to **Friday, August 3, 2018 at 9:00 A.M.**

IT IS SO ORDERED this 27th day of June, 2018.

                                           s/S. Thomas Anderson
                                           S. THOMAS ANDERSON
                                           CHIEF UNITED STATES DISTRICT COURT JUDGE